

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2825

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG NO. 04-299-KJM |
| | ) MAG NO. 06-076-KJM |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| HEATHER LOUISE LOHMAN, | ) |
| | ) |
| Defendant. | ) |

Petition having been made to the Court to unseal the above-enumerated Criminal Complaints and the Court having considered the petition and finding good cause therefore;

IT IS HEREBY ORDERED that the Criminal Complaints enumerated above, the Petition to Unseal, and the Court's Order sealing the Criminal Complaint be unsealed.

DATED: April /7, 2006

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE